L. Bishop Austin (SBN 175497)
L. Bishop Austin & Associates
3250 Wilshire Blvd., Ste 1500
Los Angeles, CA 90010
Telephone (213) 388-4939 Facsimile (213) 388-2411
Email: lbishopbk@yahoo.com

Attorney for Debtor(s)/Movant(s)

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| IN RE<br><br>Jose Blas Ventura and<br>Maritza Del Carmen Ventura<br><br>Debtors<br><br>Jose Blas Ventura and<br>Maritza Del Carmen Ventura<br><br>Plaintiff(s)<br><br>v.<br><br>BANK OF AMERICA HOME LOANS SERVICING, LP, its assignees and/or successors in interests; DOE COMPANY 1-5; DOE CORPORATIONS 1-5; DOES 1-5, inclusive<br><br>Defendant(s) | Chapter 13<br><br>CASE NO.: 2:09-bk-24850-EC<br>ADVERSARY NO. 2:10-ap-01770-EC<br><br>DECLARATION OF ATTORNEY L. AUSTIN BISHOP IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT UNDER LOCAL RULE 7055-1 |

I, L. Austin Bishop, declare as follows:

1. I have personal knowledge of the facts set forth herein, and if called upon as a witness, I could and would testify thereto.

-1-
**DECLARATION OF L. BISHOP AUSTIN IN SUPPORT OF DEBTORS' REQUEST FOR ENTRY OF DEFAULT UNDER LOCAL RULE 7055-1**

2. I am admitted to practice in the Central District of California and in the State of California.

3. The complaint in the matter of Jose Blas Ventura and Maritza Del Carmen Ventura v. BAC Home Loans Servicing, LP., its assignees and/or successors in interests (hereinafter "defendant"), case number 2:10-ap-01770-EC was filed on 4/28/2010. The summons was issued on 5/6/2010. The summons, complaint, and notice of required compliance with federal rule of Bankruptcy Procedure 7026 and Local Bankruptcy Procedure 7026 and Local Bankruptcy Rule 7026-1 were served together on Defendant on 5/8/2010.

4. The deadline for Defendant to file a responsive pleading was 6/7/2010.

5. As of today July 11, 2010 no answer or responsive pleading has been filed by Defendant.

6. Therefore, Defendant has failed to defend.

7. I have attached hereto as "Exhibit 1" a true and correct copy of the proof of service of the summons along with a copy of the summons and the notice.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on July 11, 2010, at Los Angeles, CA 90010.

Dated: July 11, 2010

Respectfully submitted,

L. Bishop Austin (SBN 175497)
Attorney for Debtors/Plaintiffs,
Jose Blas Ventura and Maritza Del Carmen Ventura

- 2 -
DECLARATION OF L. BISHOP AUSTIN IN SUPPORT OF DEBTORS' REQUEST FOR ENTRY OF DEFAULT UNDER LOCAL RULE 7055-1

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| L. Bishop & Associates<br>Law Office of L. Bishop & Associates<br>3250 Wilshire Blvd, Suite 1500<br>Los Angeles, CA 90010<br>213-388-4939 Fax: 213-388-2411<br>California State Bar Number: 175497<br>*Attorney for Debtors* | |

UNITED STATES BANKRUPTCY COURT
Central District of California

| In re: JOSE BLAS VENTURA<br>MARITZA DEL CARMEN VENTURA<br><br>Debtor | |
|---|---|
| JOSE BLAS VENTURA<br>MARITZA DEL CARMEN VENTURA              Plaintiffs(s),<br>vs.<br>BAC HOME LOANS SERVICING, LP, its assignees and/or successors in interests; DOE COMPANY 1-5; DOE CORPORATIONS 1-5; DOES 1-5, inclusive<br><br>Defendant(s). | CHAPTER   13<br>CASE NUMBER  2:10-BK-24850-EC<br>ADVERSARY NUMBER  2:10-ap-01770-EC<br><br>(No Hearing Required) |

## REQUEST FOR ENTRY OF DEFAULT UNDER
## LOCAL BANKRUPTCY RULE 9021-1

TO THE DEFENDANT, DEFENDANT'S ATTORNEY AND OTHER INTERESTED PARTIES:

1. Name of Defendant against whom default is sought:  BAC HOME LOANS SERVICING, LP, its assignees and/or successors in interests; DOE COMPANY 1-5; DOE CORPORATIONS 1-5; DOES 1-5, inclusive

2. Plaintiff filed the Complaint in the above-captioned proceeding on *(specify date)*:  4/28/2010

3. The Summons and Complaint were served on Defendant by ☐ Personal Service  ☒ Mail Service on the following date *(specify date)*:  5/8/2010

4. A conformed copy of the completed Return of Summons form is attached hereto.

5. The time for filing an Answer or other response expired on *(specify date)*:  6/7/2010

6. No Answer or other response has been filed or served by Defendant.

WHEREFORE, Plaintiff requests that the Clerk of the Court enter the default of Defendant.

Dated: 7/12/2010

| Default entered on *(specify date)*: | Respectfully submitted, |
|---|---|
| JON D. CERETTO<br>Clerk of the Bankruptcy Court<br>By: _____<br>    Deputy Clerk | Law Offices of L. Bishop Austin & Associates<br>*Firm Name*<br>By: _____<br>Name: L. Bishop Austin<br>*Attorney for Plaintiff or Plaintiff* |

Rev. 5/98   This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.   F 9021-1.2

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com            Best Case Bankruptcy

Request for Entry of Default Under Local Bankruptcy Rule 9021-1 - Page 2    F 9021-1.2

| In re | CHAPTER 13 |
|---|---|
| JOSE BLAS VENTURA<br>MARITZA DEL CARMEN VENTURA | CASE NUMBER 2:10-BK-24850-EC |
| Debtor. | ADVERSARY NUMBER 2:10-ap-01770-EC |

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

3250 Wilshire Blvd, Suite 1500, Los Angeles, CA 90010

A true and correct copy of the foregoing document described as **Request for Default Under Local Bankruptcy Rule 9021-1 and Declaration of Attorney in Support of Default** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below.

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ___ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On  7/11/2010   I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ___ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 11, 2010 | Moises Lopez | *signature* |
|---|---|---|
| Date | Type Name | Signature |

Rev. 5/98    This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.    F 9021-1.2

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com    Best Case Bankruptcy

Debtors
Jose B Ventura and Maritza C. Ventura
1725 E. Almanac Drive
West Covina, CA 91791

Attorney for Movant
L. Bishop Austin (SBN 175497)
L. Bishop Austin & Associates
3250 Wilshire Blvd., Ste 1500
Los Angeles, CA 90010

1st Mortgage (BAC Home Loans Servicing, LP)
C/O Agent for service of process
Corporation Service Company
CSC- Lawyers Incorporating Service
2730 Gateway Oaks Dr ste 100
Sacramento, CA 95833

BAC Home Loans Servicing, L.P.
1665 Scenic Ave Ste 200
Costa Mesa, CA 92626

Bank of America, N.A. successor by merger to Count
c/o BAC Home Loans Servicing, LP
1757 Tapo Canyon Road
Mail Stop: CA6-913-LB-11
Simi Valley, CA 93063

2nd Mortgage (Chase)
Chase
Agent for Service of Process
C T CORPORATION SYSTEM
818 WEST SEVENTH ST
LOS ANGELES, CA 90017

FDIC as Receiver of Washington Mutual Bank
1601 Bryan Street
Dallas, TX 75201
Attention: Claims Agent

CHASE HOME FINACE
PO BOX 24696
COLUMBUS, OH 43224

1. Chapter 13 Trustee
2. Kathy A. Dockery
3. 700 S. Flower Street, Suite 1950
   Los Angeles, CA 90017

4. Office of the U.S. Trustee
5. United States Trustee (LA)
   725 S. Figueroa Street, Ste 2600
6. Los Angeles, CA 90017

DEBTORS' COMPLAINT TO DETERMINE NATURE AND EXTENT OF LIEN
PURSUANT TO 11 U.S.C. §506(a)